ACCEPTED
15-24-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 9:12 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00089-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 9:12:01 AM
CHRISTOPHER A. PRINE
Clerk

_____

*TEXAS DEPARTMENT OF PUBLIC SAFETY,*
Defendant-Appellant,
v.
*LEROY TORRES,*
Plaintiff-Appellee.

_____

On Appeal from the County Court at Law Number One
Nueces County, Texas
Trial Court Cause No. 2017-CCV-61016-1

_____

## APPELLANT'S OPPOSED MOTION FOR CONTINUANCE OF ORAL ARGUMENT

_____

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant
Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for
Civil Litigation

**KIMBERLY GDULA**
Chief, Law Enforcement Defense

**JASON T. CONTRERAS***
Assistant Attorney General
Texas Bar No. 24032093
Office of the Attorney General
General Litigation Division
Post Office Box 12548
Austin, Texas  78711-2548
(512) 463-2120 / (512) 320-0667
jason.contreras@oag.texas.gov
*Counsel of Record

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Appellant, the Texas Department of Public Safety, files this opposed motion for a continuance of oral argument scheduled for April 15, 2025 as counsel for Appellant has a scheduling conflict. In support of this motion, Appellant respectfully offers the following:

## I.    MOTION FOR CONTINUANCE

This appeal is currently set for oral argument on Tuesday, April 15, 2025 at 1:30 PM. Appellant respectfully asks this Court to continue the April 15th setting and reset this matter for a date in the late May 2025 time-period, or a later date the Court finds most convenient to allow the parties to fully prepare the case for presentation to the Court and the justice panel.

Good cause exists for granting this motion. In this regard, the same week that oral argument has been set in this case, counsel for Appellant has a setting in another matter involving substantial preparation and travel to a state district court in Brazos County, Texas. Additionally, counsel for Appellant has a trial setting on May 5, 2025 in Travis County state district court, which is expected to last two weeks. This short extension would not prejudice either party and would allow both parties sufficient time to both prepare for oral argument and be available to attend same.

This is the first continuance of oral argument requested in this case. A continuance will not cause prejudice to either party. This continuance is not sought for delay but so that justice may be done.

## II.  CONCLUSION

Accordingly, Appellant respectfully requests that the Court grant this motion thereby continuing oral argument in this matter to late May 2025.

Dated: March 25, 2025

Respectfully Submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General
Texas Bar No. 24032093
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 210-270-1109
Fax: 512-320-0667

Email: Jason.Contreras@oag.texas.gov
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served electronically through the electronic-filing manager, File and Serve Texas, on March 25, 2025 to:

Stephen J. Chapman
Webb Cason & Manning, P.C.
710 N. Mesquite Street
Corpus Christi, TX 78401
steve@wcctxlaw.com;
service@wcctxlaw.com

Brian J. Lawler
Pro Hac Vice
Pilot Law, P.C.
4632 Mt. Gaywas Drive
San Diego, CA 92117
blawler@pilotlawcorp.com
**Counsel for Plaintiff**

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Jason T. Contreras, Assistant Attorney General for the Office of the Attorney General, certify that I contacted opposing counsel who indicated opposition to this motion. No reason was given for the opposition.

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 98838930
Filing Code Description: Motion - Exempt
Filing Description: 20250325_Aplnts MCont OA
Status as of 3/25/2025 9:24 AM CST

Associated Case Party: Leroy Torres

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stephen Chapman | 24001870 | steve@wcctxlaw.com | 3/25/2025 9:12:01 AM | SENT |
| Brian J.Lawler | | blawler@pilotlawcorp.com | 3/25/2025 9:12:01 AM | SENT |
| Matthew Manning | 24075847 | service@wcctxlaw.com | 3/25/2025 9:12:01 AM | SENT |

Associated Case Party: Texas Department of Public Safety

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 3/25/2025 9:12:01 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 3/25/2025 9:12:01 AM | SENT |